Matthew J. NASUTI, Petitioner,

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2011–3048.

United States Court of Appeals, Federal Circuit.

July 8, 2011.

Matthew J. Nasuti, Deerfield, MA, pro se.

## ON MOTION

### ORDER

The Merit Systems Protection Board moves to remand this case to the Board "to reopen the record to consider evidence that implicates the Board's jurisdiction." Matthew J. Nasuti opposes.

The Board has not shown within the motions papers submitted that the case should not first he reviewed based upon the record that was before the Board. The Board may of course request in its brief that the case be remanded, and more adequately explain its request.

Accordingly,

IT IS ORDERED THAT:

The motion to remand is denied. The Board's brief is due within 30 days of the date of filing of this order.